454 A.2d 171

Commonwealth v. Coleman, Appellant.

Submitted September 15, 1982.

Richard A. McDaniel, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and HOFFMAN, JJ.

Judgment of sentence affirmed.